

PHILLIP A. TALBERT
United States Attorney
ROSANNE L. RUST
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-cr-0060 TLN |
|---|---|
| Plaintiff, | 18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of Child Pornography (2 counts); 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| v. | |
| PABLO RAMOS, | |
| Defendant. | |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of Child Pornography]

The Grand Jury charges: T H A T

PABLO RAMOS,

defendant herein, on or about September 1, 2020, in the County of Placer, State and Eastern District of California, and elsewhere, did knowingly and intentionally distribute one or more visual depictions of a minor engaging in sexually explicit conduct using any means and facility of interstate commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials that had been mailed and so shipped and transported by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(2).

1  COUNT TWO: [18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of Child Pornography]

2  The Grand Jury further charges: T H A T

3  PABLO RAMOS,

4 defendant herein, on or about September 3, 2020, in the County of Placer, State and Eastern District of California, and elsewhere, did knowingly and intentionally distribute one or more visual depictions of a minor engaging in sexually explicit conduct using any means and facility of interstate commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, and which contained materials that had been mailed and so shipped and transported by any means, including by computer, where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction was of such conduct as defined in Title 18, United States Code, Section 2256(2), all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) - Criminal Forfeiture]

1.  Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant PABLO RAMOS shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations, or any property traceable to such property, including but not limited to the following:

    a.  ZTE Z855 cellphone, IMEI: 865882034465679.

2.  If any property subject to forfeiture as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendant is convicted:

    a.  cannot be located upon the exercise of due diligence;
    b.  has been transferred or sold to, or deposited with, a third party;
    c.  has been placed beyond the jurisdiction of the Court;
    d.  has been substantially diminished in value; or
    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United State Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

FOREPERSON

*[signature]*
PHILLIP A. TALBERT
United States Attorney

INDICTMENT                      3

No. _____

2:22-cr-0060 TLN

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
*vs.*

PABLO RAMOS

I N D I C T M E N T

**VIOLATION(S):** 18 U.S.C. § 2252(a)(2) and (b)(1) – Distribution of Child Pornography (2 counts); 18 U.S.C. § 253(a) – Criminal Forfeiture

*A true bill,*

/s/ Signature on file w/AUSA
_____
*Foreman.*

*Filed in open court this* \_\_\_\_ 24th _____ *day*

*of* _____ March _____, *A.D. 20* 22 \_\_\_

PBuzo
_____
*Clerk.*

*Bail, $* \_\_No bail bench warrant_____

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

2:22-cr-0060 TLN

## United States v. Pablo Ramos
## Penalties for Indictment

**Defendant**
**Pablo Ramos**

**COUNT 1:**

VIOLATION:   18 U.S.C. § 2252(a)(2), Distribution of Child Pornography

PENALTIES:   Maximum 20 years' imprisonment
Mandatory minimum 5 years' imprisonment
Maximum $250,000 fine
Minimum 5 years of supervised release (18 U.S.C. § 3583(k))
Maximum lifetime supervised release (18 U.S.C. § 3583(k))
Mandatory $5,100 special assessments (18 U.S.C. §§ 3013, 3014)

**COUNT 2:**

VIOLATION:   18 U.S.C. § 2252(a)(2), Distribution of Child Pornography

PENALTIES:   Maximum 20 years' imprisonment
Mandatory minimum 5 years' imprisonment
Maximum $250,000 fine
Minimum 5 years of supervised release (18 U.S.C. § 3583(k))
Maximum lifetime supervised release (18 U.S.C. § 3583(k))
Mandatory $5,100 special assessments (18 U.S.C. §§ 3013, 3014)

**FORFEITURE ALLEGATION:**

VIOLATION:   18 U.S.C. § 2253(a) – Criminal Forfeiture

PENALTIES:   As stated in the charging document