HEATHER E. WILLIAMS, SBN #122664
Federal Defender
NOA E. OREN, SBN #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Noa_Oren@fd.org

Attorneys for Defendant
PABLO RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:22-cr-00060-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| PABLO RAMOS, | ) Date:   July 21, 2022 |
| Defendant. | ) Time:   9:30 a.m. |
| | ) Judge: Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Rosanne Rust, Assistant United States Attorney and attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, that the status conference for July 21, 2022 be continued to October 20, 2022 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery, to continue investigating avenues for mitigation and to negotiate a possible pre-trial resolution.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties stipulation through and including October 20, 2022; pursuant to 18 U.S.C.§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED: July 15, 2022                    HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Noa E. Oren*
                                        NOA E. OREN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        PABLO RAMOS


DATED: July 15, 2022                    PHILLIP TALBERT
                                        United States Attorney

                                        */s/ Rosanne Rust*
                                        ROSANNE RUST
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference scheduled for July 21, 2022 be continued to October 20, 2022 at 9:30 a.m. The Court orders the time from the date of the parties stipulation, up to and including October 20, 2022, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: July 15, 2022

_____
Troy L. Nunley
United States District Judge