HEATHER E. WILLIAMS, SBN #122664
Federal Defender
NOA E. OREN, SBN #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Noa_Oren@fd.org

Attorneys for Defendant
PABLO RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:22-cr-00060-DAD |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO SET STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) ) | |
| PABLO RAMOS, | ) ) | Time:  9:30 a.m. Judge: Dale A. Drozd |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Rosanne Rust, Assistant United States Attorney and attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, that a status conference be set for December 20, 2022 at 9:30 a.m.

The reason for this continuance is to allow defense counsel time to: acquire records concerning Mr. Ramos, review contraband evidence at the FBI, investigate avenues for mitigation (*see* Exh. A *Ex Parte* Motion Filed Under Seal) and negotiate a possible pre-trial resolution.  Unfortunately, defense counsel's mitigation investigation referenced in Exh. A was unable to be conducted on October 17, 2022, due to circumstances beyond her control.  Defense counsel is currently working diligently to have this mitigation investigation done as soon as possible but does not have a new date set partly because Mr. Ramos is scheduled to be moved to

a new facility and defense counsel is not informed of which facility Mr. Ramos will be moved to and when Mr. Ramos will be moved.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties' prior stipulation (October 20, 2022) through and including December 20, 2022; pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED: October 19, 2022          HEATHER E. WILLIAMS
                                 Federal Defender

                                 */s/ Noa E. Oren*
                                 NOA E. OREN
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 PABLO RAMOS


DATED:  October 19, 2022         PHILLIP TALBERT
                                 United States Attorney

                                 */s/ Rosanne Rust*
                                 ROSANNE RUST
                                 Assistant United States Attorney
                                 Attorney for Plaintiff

# **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders a status conference set for December 20, 2022 at 9:30 a.m. in this case and that the status conference previously set for October 20, 2022 be vacated. The Court also orders the time from the date of the parties' previous stipulation (October 20, 2022), up to and including December 20, 2022, be excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:   **October 19, 2022**                              _Dale A. Drozd_
                                                                    UNITED STATES DISTRICT JUDGE