HEATHER E. WILLIAMS, SBN #122664
Federal Defender
NOA E. OREN, SBN #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710
Noa_Oren@fd.org

Attorneys for Defendant
PABLO RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:22-cr-00060-DAD |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO SET STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | ) |
| PABLO RAMOS, | ) Date: April 25, 2023 |
| Defendant. | ) Time:  9:30 a.m.<br>) Judge: Dale A. Drozd |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through Kristin Scott, Assistant United States Attorney and attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, that a status conference be set for April 25, 2023 at 9:30 a.m.

The reason for this continuance is to allow defense counsel time to: acquire records and to confer with Mr. Ramos regarding defense counsel's investigation and review of discovery.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of the parties' prior stipulation (April 11, 2023) through and including April 25, 2023; pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

1  Counsel and the defendant also agree that the ends of justice served by the Court granting
2  this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

DATED: March 29, 2023                    HEATHER E. WILLIAMS
                                         Federal Defender

                                         */s/ Noa E. Oren*
                                         NOA E. OREN
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         PABLO RAMOS

DATED:  March 29, 2023                   PHILLIP TALBERT
                                         United States Attorney

                                         */s/ Kristin Scott*
                                         KRISTIN SCOTT
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the status conference previously scheduled for April 11, 2025, be continued to April 25, 2023 at 9:30 a.m. The Court orders the time from April 11, 2023, up to and including April 25, 2023, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

IT IS SO ORDERED.

Dated:   **March 29, 2023**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE