HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
PABLO RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>PABLO RAMOS,<br><br>   Defendant. | Case No.  2:22-cr-00060-DAD<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE: November 7, 2023<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for October 24, 2023, at 9:30 a.m. be continued to **November 7, 2023, at 9:30 a.m.**

The probation officer disclosed the draft presentence investigation after the current deadline, and an extended timeline is necessary to give counsel sufficient time to respond to the draft. It is therefore requested that the matter be continued to November 7, 2023, for sentencing and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Informal Objections to Presentence Report Due: | October 10, 2023 |
| Final Presentence Report Due: | October 17, 2023 |
| Formal Objections to Presentence Report Due: | October 24, 2023 |
| Reply or Statement of Non-Opposition Due: | October 31, 2023 |

Judgment and Sentencing: November 7, 2023

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

DATED: September 26, 2023                 */s/ Noa Oren*
                                        NOA OREN
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        PABLO RAMOS


                                        PHILLIP A. TALBERT
                                        Acting United States Attorney

DATED: September 26, 2023                */s/ Rosanne Rust*
                                        ROSANNE RUST
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


## **O R D E R**

Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing previously set for October 24, 2023, is CONTINUED to **November 7, 2023, at 9:30 a.m.** The modified presentence schedule is further adopted as this Court's order.

IT IS SO ORDERED.

Dated:   **September 26, 2023**                  */s/ Dale A. Drozd*
                                                 DALE A. DROZD
                                                 UNITED STATES DISTRICT JUDGE