HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: 916-498-5700
Fax: 916-498-5710**Error! Bookmark not defined.**

Attorneys for Defendant
PABLO RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PABLO RAMOS,<br><br>    Defendant. | Case No. 2:22-cr-00060-DAD<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE<br><br>DATE:  December 19, 2023<br>TIME:   9:30 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, that the sentencing hearing scheduled for November 7, 2023, at 9:30 a.m. be continued to **December 19, 2023, at 9:30 a.m.**

The draft presentence investigation contains information about the number of images involved in the offense, which defense counsel needs to investigate. The defense is in the process of arranging to review materials with the agent. It is therefore requested that the matter be continued to December 19, 2023, for sentencing and that the PSR schedule be modified, as follows:

| | |
|---|---|
| Informal Objections to Presentence Report Due: | November 14, 2023 |
| Final Presentence Report Due: | November 21, 2023 |
| Formal Objections to Presentence Report Due: | December 5, 2023 |

| | |
|---|---|
| Reply or Statement of Non-Opposition Due: | December 12, 2023 |
| Judgment and Sentencing: | December 19, 2023 |

          Respectfully submitted,

          HEATHER E. WILLIAMS
          Federal Defender

DATED: October 4, 2023          */s/ Noa Oren*
          NOA OREN
          Assistant Federal Defender
          Attorneys for Defendant
          PABLO RAMOS


          PHILLIP A. TALBERT
          Acting United States Attorney

DATED: October 4, 2023          */s/ Kristin Scott*
          KRISTIN SCOTT
          Assistant United States Attorney
          Attorney for Plaintiff

## **O R D E R**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set for November 7, 2023, is CONTINUED to **December 19, 2023, at 9:30 a.m.** The modified presentence schedule is further adopted as this Court's order.

IT IS SO ORDERED.

Dated:   **October 4, 2023**                                               /s/ Dale A. Drozd
                                                               DALE A. DROZD
                                                               UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28